October 15, 2018


Clerk, U. S. District Court
Southern District of Florida
400 N. Miami Ave, Room 8N09
Miami, Florida 33128-7718

      Re:  Habeas Corpus Petition pursuant to 28 U.S.C. 2255
             Sonny Austin Ramdeo v. United States, 18-cv-

Dear Hon. Clerk of Court:

Please find following this cover page a Motion pursuant to 28 U.S.C. § 2255 which substantially follows the form. Additionally you will find a motion requesting leave to file a 32 page motion if needed.

As provided for in that motion there are no page limitations set forth in the Local Rules governing Habeas Corpus petitions. See Gen.R.S.D.Fla.L.R. 88.2 and ¶ 12 of the 2255 form.

Please also take note that a second package with exhibits supporting the motion will be send separately. Please file accordingly under this case upon receipt.


                                Respectfully,

                                Sonny Austin Ramdeo
                                Reg # 80568-053
                                LSCI Allenwood
                                P O Box 1000
                                White Deer, PA 17887