UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-81452-CIV-MARRA
(12-CR-80226-MARRA)

SONNY AUSTIN RAMDEO,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## FINAL JUDGMENT DENYING SECOND AMENDED § 2255 PETITION

Upon a *de novo* independent review of the file, for the reasons stated in the Report of Magistrate Judge [DE 56], and over Movant's objections [DE 61] and after considering and rejecting his Supplemental Authority [DE 63], it is hereby

ORDERED AND ADJUDGED as follows:

1. The Magistrate Judge's Report [DE 56] is hereby AFFIRMED.

2. Movant's Second Amended Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2255 [DE 28] is denied in its entirety.

3. A certificate of appealability is denied.

4. All pending motions not otherwise ruled upon are DENIED AS MOOT.

5. This case is CLOSED.

DONE AND ORDERED in chambers at West Palm Beach, Palm Beach County, this 11th day of December, 2020.

KENNETH A. MARRA
United States District Judge